# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2753

_____

Robert DeRue Mawhiney,                  *
                                        *
          Appellant,                    *
                                        *   Appeal from the United States
     v.                                 *   District Court for the
                                        *   District of Nebraska.
Warren Distribution, Inc.,              *
                                        *   [UNPUBLISHED]
          Appellee.                     *

_____

Submitted:  June 27, 2008
Filed:  July 10, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Robert Mawhiney appeals the district court's[1] adverse grant of summary judgment in his action against his former employer, Warren Distribution, Inc. After carefully reviewing the record and Mawhiney's arguments on appeal, we find no basis for reversal. See Hervey v. County of Koochiching, No. 06-3891, 2008 WL 2330900, at *4 (8th Cir. June 9, 2008) (standard of review). We also conclude that the district court properly denied as moot Mawhiney's motions related to the pretrial conference. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.